NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CORNING INCORPORATED,**
*Appellant*

**v.**

**DSM IP ASSETS B.V.,**
*Appellee*

———————————

2015-1152

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00043.

-------------------------------------------------------------------

**CORNING INCORPORATED,**
*Appellant*

**v.**

**DSM IP ASSETS B.V.,**
*Appellee*

———————————

2015-1162

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00044.

———————————

**JUDGMENT**

———————————

MICHAEL L. GOLDMAN, LeClairRyan, A Professional Corporation, Rochester, NY, argued for appellant. Also represented by RICHARD A. MCGUIRK.

SHARON A. ISRAEL, Mayer Brown, LLP, Houston, TX, argued for appellee. Also represented by KYLE E. FRIESEN; JOSEPH A. MAHONEY, ERICK J. PALMER, Chicago, IL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 September 16, 2015          /s/ Daniel E. O'Toole
        Date                 Daniel E. O'Toole
                             Clerk of Court